FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-22-00269-CR

Shelton Ray **DAVISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2022CR2277
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Appellant Shelton Davison filed a notice of appeal challenging the trial court's determination that he is incompetent to stand trial. However, the Texas Code of Criminal Procedure expressly states that "[n]either the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling" regarding the defendant's competency to stand trial. TEX. CODE CRIM. PROC. ANN. art. 46B.011. Thus, it appears that we lack jurisdiction to entertain this appeal. We, therefore, ORDER appellant to show cause on or before **June 15, 2022**, why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending further order from this court.

It is so **ORDERED** on May 16, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT